IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>FERMIN JOSEPH VASQUEZ,<br><br>Defendant. | CR 21-66-BLG-SPW<br><br><br><br>ORDER |

Upon the United States' unopposed Motion to Seal Exhibit 1 of United States' Response to Defendant's Motion to Suppress (Doc. 35), and for good cause shown,

IT IS HEREBY ORDERED that the motion to file Exhibit 1 under seal (Doc. 35) is **GRANTED**.

The Clerk of Court is directed to seal Exhibit 1 of the United States' Response to Defendant's Motion to Suppress.

DATED this 8th day of February, 2022.

/s/ Susan P. Watters
SUSAN P. WATTERS
United States District Court Judge

1