IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>FERMIN JOSEPH VASQUEZ,<br><br>Defendant. | CR 21-66-BLG-SPW<br><br>ORDER |

Upon the United States' Notice of Appeal (Interlocutory) (Doc. 43), the trial currently scheduled for May 2, 2022 is **VACATED**. This case is **STAYED** pending further notice from the Ninth Circuit Court of Appeals. For purposes of the Speedy Trial Act, any delay caused by this interlocutory appeal is excluded. 18 U.S.C. § 3161(h)(1)(C).

The Clerk of Court is directed to notify the parties of the making of this Order.

DATED this 27th day of April, 2022.

/s/ Susan P. Watters
SUSAN P. WATTERS
United States District Court Judge

1